

FILED & JUDGMENT ENTERED
Steven T. Salata

Sep 26 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Christian Michael Parrish

SSN#: XXX-XX-6792

Chapter 13
CASE NO:   12-31277
Related Court Docket Number: 48

## ORDER

ON 09/25/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:
[ Y/**N** ]  Debtor present          [ **Y**/N ] SEAN DILLENBECK  present
[✓] Plan payments are in substantial default.
[ ] Debtor can resume payments _____.
[ ] _____

IT IS, THEREFORE, ORDERED that:
[✓] Case is hereby dismissed.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Case subject to dismissal if not converted to Chapter 7 within _____ days.
[ ] Plan payments are to resume at/to be changed to $_____ per month.
[ ] Plan composition percentage is set at _____%.
[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.
[ ] Case subject to dismissal if plan payments not completed by _____.
[ ] Plan term is extended as necessary.
[ ] Attorney for debtor allowed presumptive, non-base fee of $_____.
[ ] Hearing is continued to _____.
[ ] Motion is denied.
[ ] _____

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on September 26, 2013.

Christian Michael Parrish, 12813 Walking Stick Drive, Charlotte, NC 28278

S. Sloan
Office of the Chapter 13 Trustee